[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-15278
Non-Argument Calendar
_____

D.C. Docket No. 1:13-cv-04179-TCB

BRANCH BANKING & TRUST COMPANY,
as successor-in-interest to the Federal Deposit
Insurance Corporation, as Receiver for Colonial Bank,

Plaintiff-Counter Defendant-Appellee,

versus

PAUL MENG,
LANCE T. GAUDE,
DOUGLAS R. ADAMS,
PARKSIDE RESIDENTIAL, LLC,
SCENIC HOLDINGS, INC.,
NORTHBRIDGE HOMES, LLC,
CREEKWOOD HOMES, INC.,
STRONG ROCK HOLDINGS, INC.,
DODSON WOODS, LLC,

Defendants-Counter Claimants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(April 14, 2015)

Before HULL, ROSENBAUM and KRAVITCH, Circuit Judges.

PER CURIAM:

This appeal involves the amount of damages due in a multi-million dollar default of various promissory notes and guaranties involving real property in Georgia. The district court granted Branch Banking & Trust Company's (BB&T) unopposed motion for summary judgment and awarded damages totaling $8,416,147.82. The defendant-appellants do not challenge the district court's conclusion that they were in default or the total calculation of damages. Rather, the only issue on appeal is whether the district court's order fails to assign the amount of damages due from each defendant.

The parties agree that the district court's order sets out the amount of damages due on each of the defaulted loans but that it does not identify which defendant owed those amounts. Our review confirms that the district court's order should be more precise. Accordingly, we affirm the district court's grant of summary judgment but remand for the limited purpose of correcting the judgment to indicate the specific amount of damages for which each defendant is responsible.

**AFFIRMED in part and REMANDED in part.**